## UNITED STATES DISTRICT COURT
### District of Minnesota

Wiste's LLC

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.                                                    Case Number: CV 19-525 NEB/DTS

American Select Insurance Company

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

that this case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

Date: 6/26/2019                                      KATE M. FOGARTY, CLERK

                                                      s/K. Schnierle
                                                     (By)  K. Schnierle, Deputy Clerk